UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-326-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| BRIDGETT RENETTIER BURROWS | |

On motion of the Defendant, Bridgett Renettier Burrows, and for good cause shown, it is hereby ORDERED that **DE 64** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _2_ day of _May_, 2024.

JAMES C. DEVER III
United States District Judge